# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00030-CR

---

**Carlos Gomez Ulloa, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-06-301119, THE HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Carlos Gomez Ulloa has filed a notice of appeal from his conviction for the offense of aggravated sexual assault of a child. *See* Tex. Penal Code § 22.021(a)(2)(B). However, the district court has certified that (1) this is a plea-bargain case and Ulloa has no right of appeal, and (2) Ulloa has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 25.2(a)(2), (d).

Gisela D. Triana, Justice

---

[1] To the extent that Ulloa might also be attempting to appeal the decision of the Court of Criminal Appeals dismissing without written order Ulloa's subsequent application for writ of habeas corpus, *see Ex parte Gomez*, WR-78,041-09 (Tex. Crim. App. Aug. 26, 2020), we lack jurisdiction to review that court's decisions, *see* Tex. Code Crim. Proc. art. 11.07; *see also Kelley v. State*, No. 03-15-00577-CR, 2016 WL 612930, at *1 (Tex. App.—Austin, Feb. 12, 2016, no pet.).

Before Justices Goodwin, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed: February 25, 2021

Do Not Publish